[No. 46386-5-II. Division Two. November 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ALLEN ROBERTS II, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03522-9, Frank E. Cuthbertson, J., entered May 29, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 47290-2-II. Division Two. November 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JAMES MULLENS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04317-3, Stanley J. Rumbaugh, J., entered February 27, 2015. *Reversed* by unpublished opinion per Maxa, J., concurred in by Worswick and Sutton, JJ.

[No. 32357-9-III. Division Three. November 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE FIDEL MANDUJANO, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-1-50354-1, Vic L. VanderSchoor, J., entered February 25, 2014. *Remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32722-1-III. Division Three. November 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER JOSEPH COMO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 13-1-00217-2, John W. Lohrmann, J., entered September 2, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.